UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **EVELYN J. VELEZ,** | ) | **CASE NO. 1:09CV715** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | **ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

Plaintiff originally filed this action on March 30, 2009, to seek judicial reversal of the decision of the Administrative Law Judge to deny disability insurance benefits and supplemental security income. On June 25, 2009, this action was automatically referred to Magistrate Judge James S. Gallas pursuant to Local Rule 72.2. On March 26, 2010, the Magistrate Judge issued a Report and Recommendation, recommending that this Court **AFFIRM** the denial of benefits. (Dkt. # 15).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 15) is hereby **ADOPTED**. The Commissioner's decision denying Social Security disability insurance benefits and supplemental security insurance benefits is **AFFIRMED**.

**IT IS SO ORDERED**.

/s/ **Peter C. Economus – April 13, 2010**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**